No. 943.   COOKS ET AL. *v.* BROTHERHOOD OF RAILWAY CARMEN OF AMERICA, LOCAL No. 991 & LOCAL No. 783, ET AL.   C. A. 5th Cir.   Certiorari denied.   *Roberson L. King* for petitioners.   *Richard R. Lyman* for Brotherhood of Railway Carmen of America, and *Hugh M. Patterson* for Texas & New Orleans Railroad Co., respondents.

No. 952.   SPOMAR *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *William A. Barnett* for petitioner. *Solicitor General Cox* for the United States.

No. 953.   HUNTER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *Russell E. Parsons* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 955.   LARKIN, DBA LARKIN Co. *v.* UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF PLUMBING & PIPEFITTING INDUSTRY OF UNITED STATES AND CANADA, AFL–CIO, LOCAL 53, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 960.   PENNCO ENGINEERING Co. *v.* ALLIED CHEMICAL CORP.   C. A. 4th Cir.   Certiorari denied.   *Ralph H. Hudson* and *Zachary T. Wobensmith 2nd* for petitioner. *Maxwell Barus* for respondent.

No. 962.   DONOVAN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *George F. Callaghan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.